**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

**APPROVED**
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BUGARIN, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br>    v.<br><br>ALL NIPPON AIRWAYS CO., LTD.,<br><br>                                    Defendant. | Case No. 5:20-cv-03341-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE IS HEARBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ashley Bugarin hereby dismisses her claims against Defendant All Nippon Airways Co., Ltd. with prejudice. Each party shall bear its own fees and costs.

Dated: December 20, 2021             **BURSOR & FISHER, P.A**.

By: __/s/ *Yeremey O. Krivoshey*__
          Yeremey O. Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           ykrivoshey@bursor.com

*Attorneys for Plaintiff*